

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 4:06-CR- 21 (CDL) |
| vs. | : | VIOLATIONS: |
| | : | 18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2) |
| CHARLES DON TREADWELL, JR. | : | 18 U.S.C. § 2253 |
| | : | 18 U.S.C. § 2256 |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

### POSSESSION OF CHILD PORNOGRAPHY

18 U.S.C. §§ 2252A(a)(5)(B), (b)(2) and 2256

On or about August 25, 2005, in the Middle District of Georgia and elsewhere within the jurisdiction of the Court, the defendant,

CHARLES DON TREADWELL, JR.,

did knowingly possess material that contained an image of child pornography that had been transported in interstate commerce by any means, including by computer; all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2) and 2256.

## COUNT TWO

## FORFEITURE PROVISION

18 U.S.C. § 2253

1. Count One of the indictment charge the defendant,

CHARLES DON TREADWELL, JR.,

with a violation of Title 18, United States Code, Section 2252A(a)(5)(B). Pursuant to Title 18, United States Code, Sections 2253(a)(1) & (3), upon conviction of any such violation, such convicted defendant shall forfeit to the United States: the child pornography or materials containing child pornography described in Count One; and any property, real or personal, used and intended to be used, in any manner or part, to commit and promote the commission of such offense.

2. Pursuant to Rule 7(c)(2), Federal Rules of Criminal Procedure, the United States notices the defendant herein that such forfeiture shall include all of the property, real or personal, tangible and intangible, including any interest in property that is subject to forfeiture, pursuant to Title 18, United States Code, Section 2253(a)(3), specifically including, but not limited to:

  a. Any visual depictions of minors engaged in sexually explicit conduct, including but not limited to those visual depictions referred to in Count One;

  b. One Hewlett Packard Pavillion a500n desk top personal computer, serial number: MXM411OPTY; and

c.  Any other items used to produce or view sexually explicit depictions of minors.

All as provided in Title 18 U.S.C. § 2253.

G. F. PETERMAN, III
ACTING UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

John L. Lynch
Assistant United States Attorney
Post Office Box 2568
Columbus, Georgia 31902
Phone: (706) 649-7700
Fax: (706) 649-7667
Georgia Bar No. 461845