IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:06-CR-21 (CDL) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES DON TREADWELL, JR. | : | |
| _____ | : | |

MOTION FOR ADDITIONAL DECREASE FOR
ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. § 3E1.1(b)

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and files the present Motion for an Additional Decrease for Acceptance of Responsibility. In support of said Motion the government shows that Defendant entered his guilty plea in a timely fashion thereby permitting the government to efficiently allocate its resources and avoid wasting resources preparing for trial.

Therefore, should the Court find that the Defendant is entitled to the two level decrease at U.S.S.G. § 3E1.1(a) for Acceptance of Responsibility, the United States Attorney moves the Court for the additional one level decrease pursuant to U.S.S.G. § 3E1.1(b) as the plea was entered in a timely manner.

Respectfully submitted this 1st day of August, 2006.

G. F. PETERMAN, III
ACTING UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

BY:    s/John L. Lynch
       John L. Lynch
       Assistant United States Attorney
       Post Office Box 2568
       Columbus, Georgia 31902
       Phone: (706) 649-7700
       Fax: (706) 649-7667
       Georgia Bar No. 461845

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 1st day of August, 2006, I electronically filed the within and foregoing MOTION FOR ADDITIONAL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. § 3E1.1(b) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Stephen Hyles, Esquire.

> G. F. PETERMAN, III
> ACTING UNITED STATES ATTORNEY
> MIDDLE DISTRICT OF GEORGIA

BY:   *s/John L. Lynch*
> John L. Lynch
> Assistant United States Attorney
> Post Office Box 2568
> Columbus, Georgia 31902
> Phone: (706) 649-7700
> Fax: (706) 649-7667
> Georgia Bar No. 461845