IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  4:06-CR-21 (CDL) |
| | : | |
| v. | : | |
| | : | |
| CHARLES DON TREADWELL, JR. | : | |
| _____ | : | |

MOTION OF THE GOVERNMENT PURSUANT TO
SECTION 5K1.1 OF THE FEDERAL SENTENCING GUIDELINES
AND 18 U.S.C. § 3553(e)

COMES NOW, the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and moves the Court, pursuant to Section 5K1.1 of the Federal Sentencing Guidelines, and 18 U.S.C. §3553(e), for a reduction in the Defendant's sentence. The Government states to the Court that the defendant has provided substantial assistance in the investigation and prosecution of other individuals who committed offenses against the United States of America.  Therefore, the government recommends that the Court depart downward from the applicable guidelines.

RESPECTFULLY SUBMITTED, this 1st day of August, 2006.

G. F. PETERMAN, III
ACTING UNITED STATES ATTORNEY


s/ John L. Lynch
JOHN L. LYNCH
Assistant United States Attorney
United States Attorney's Office
P.O. Box 2568
Columbus, Georgia 31902
Phone:  (706) 649-7700
Fax:  (706)  649-7667
Georgia Bar No. 461845

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 1st day of August, 2006, I electronically filed the within and foregoing MOTION OF THE GOVERNMENT PURSUANT TO SECTION 5K1.1 OF THE FEDERAL SENTENCING GUIDELINES AND 18 U.S.C. § 3553(e) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Stephen Hyles, Esquire.

G. F. PETERMAN, III
ACTING UNITED STATES ATTORNEY

<u>s/ John L. Lynch</u>
JOHN L. LYNCH
Assistant United States Attorney
United States Attorney's Office
P.O. Box 2568
Columbus, Georgia 31902
Phone: (706) 649-7700
Fax: (706) 649-7667
Georgia Bar No. 461845