# Grimes Publications, Inc.

P.O. Box 426
Manchester, GA 31816
Phone: 706-846-3188
Fax: 706-846-2206

Publishers of: *The Manchester Star Mercury, Harris County Journal, Talbotton New Era, Hogansville Home News and Meriwether Vindicator.*

### PUBLISHER'S AFFIDAVIT

I, John Kuykendall, Publisher of the Harris County Journal, the legal organ for Harris County, Georgia, do hereby certify that a legal notice was published on August 17, 24 and 31, 2006 in reference to a Notice of Forfeiture from Charles Don Treadwell, Jr., Criminal No. 4:06-CR-21-CDL.

_____
John Kuykendall, Publisher

_____
NOTARY PUBLIC
Sworn to and subscribed before me this ___1st___ day of __September__ 2006.

My Commission Expires On April 8, 2008

## NOTICE OF FORFEITURE

Notice is hereby given that on May 4, 2006, a Preliminary Order of Forfeiture, signed on May 3, 2006, by the Honorable Clay D. Land, United States District Judge for the Middle District of Georgia, was entered in United States v. Charles Don Treadwell. Jr.. Criminal No. 4:06-CR-21-CDL. The Preliminary Order of Forfeiture forfeited to the United States of America Charles Don Treadwell Jr.'s interest in the following property:

a. any visual depictions of minors engaged in sexually explicit conduct, including but not limited to those visual depictions referred to in Count One;

b. one Hewlett Packard Pavillion a500n desk top personal computer, serial number: MXM4110PTY; and

c. any other items used to produce or view sexually explicit depictions of minors, all of which is hereinafter referred to as "the property".

The Preliminary Order of Forfeiture having been entered, the United States hereby gives notice of its intention to dispose of the forfeited property in such manner as the Attorney General may direct. Any persons or entities having or claiming a legal right, title, or interest in any of the aforementioned forfeited property must, within thirty (30) days of the final publication of this notice or actual receipt thereof, whichever is earlier, petition the United States District Court for the Middle District of Georgia for a hearing to adjudicate the validity of the petitioner's alleged interest in the property pursuant to 21 U.S.C. § 853. If a hearing is requested, it shall be held before the Court alone, without a jury. Petitioners will bear the burden of proof in all such cases. Petitions that fail to allege an interest sufficient to maintain a claim under 21 U.S.C. § 853(n) shall be subject to dismissal without a hearing.

The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property; the time and circumstances of the petitioner's acquisition of the right, title or interest in the property; and any additional facts supporting the petitioner's claim and the relief sought.

A hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of the petition. The Court may consolidate the hearing on the petition with a hearing on any other petition filed by a person other than the defendant named above. At the hearing, the petitioner may testify and present evidence and witnesses on the petitioner's own behalf and cross-examine witnesses who appear at the hearing.

Your petition must be filed with the United States District Court for the Middle District of Georgia in Criminal No. 4:06-CR-21-CDL:

Clerk
United States District Court
Middle District of Georgia
120 12th Street, Suite 216
Post Office Box 124
Columbus, Georgia 31901

Furthermore, you must serve the United States Attorney for the Middle District of Georgia at the following address:

Donald L. Johstono
Assistant United States Attorney
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE ABOVE-DESCRIBED PROPERTY, WITHIN THIRTY (30) DAYS OF YOUR ACTUAL RECEIPT OF THIS NOTICE, OR WITHIN THIRTY (30) DAYS OF THE LAST PUBLICATION OF THIS NOTICE, WHICHEVER IS EARLIER, YOUR RIGHT, TITLE AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES. THE UNITED STATES SHALL HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

PAULA L. PRIMM
BUREAU OF IMMIGRATION &
CUSTOMS
ENFORCEMENT

# CERTIFICATE OF SERVICE

I, Donald L. Johstono, Assistant United States Attorney, hereby certify that on the 19th day of September, 2006, I electronically filed the within and foregoing Affidavit of Publication with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:   stephenhyles@bellsouth.net

THIS  19th   day of     September    , 2006.

          MAXWELL WOOD
          UNITED STATES ATTORNEY

BY:    s/DONALD L. JOHSTONO
        Assistant United States Attorney
        United States Attorney's Office
        Middle District of Georgia
        P.O. Box 1702
        Macon, Georgia 31202
        (478) 621-2700