UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | | CASE NO. 4:06-CR-21-CDL |
| vs. | * | |
| CHARLES TREADWELL | * | |
| a.k.a. CHASE ZABERNOWSKY, | | |
| | * | |
| Defendant. | | |

## ORDER

This case is before the Court on Defendant's Motion to Remand.  The Government does not oppose said motion.  For good cause shown, this Court hereby GRANTS Defendant's motion and ORDERS that the present action be remanded to the Superior Court of Muscogee County, Georgia for consideration of Defendant's Amended Petition for Release from Georgia's Sex Offender Registry.

SO ORDERED this 25th day of January, 2012.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE